# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ACY J. COOPER, JR. AND RONNIE LOUIS ANDERSON, Individually and on behalf of themselves and all others similarly situated | * * * * | CASE NO. 2:10-cv-01229 |
| Plaintiffs | * | SECTION: ENGLEHARDT |
| versus | * * | |
| BP, pIc, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL CORPORATION flkla COOPER CAMERON CORPORATION | * * * * * * * * | MAG: SHUSHAN |
| Defendants | * | |

******************************************************************************

## **O R D E R**

Considering plaintiff's foregoing *Motion to Enroll additional Counsel of Record,*

**IT IS ORDERED** that the motion is **GRANTED** and that Soren E. Gisleson of Herman, Herman, Katz & Cotlar, be enrolled as additional counsel of record in reference to the above matter.

New Orleans, Louisiana this 4th day of May, 2010.

_____
**JUDGE**