UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ACY J. COOPER, JR. AND RONNIE LOUIS ANDERSON, Individually and on behalf of themselves and all others similarly situated** | * | **CIVIL ACTION** |
| | * | **NO.  CV-10-01229** |
| | * | **SECTION "N"** |
| **versus** | * | **DIVISION "1"** |
| **BP, plc, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL  CORPORATION f/k/a COOPER CAMERON CORPORATION** | * | **JUDGE KURT D. ENGELHARDT** |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |
| | * | |

**ORDER**

IT IS ORDERED that BP Products North America Inc.'s Ex Parte Motion To Enroll Additional Counsel of Record is GRANTED and that Donald R. Abaunza (#2273), R. Keith Jarrett (#16984), Don K. Haycraft (#14361), Jonathon A. Hunter (#18619), Mark D. Latham (#19673), and Robert E. Holden (#6935) of the firm of Liskow & Lewis, PLC be enrolled as additional counsel of record for BP Products North America Inc.

THUS DONE AND SIGNED this __11th__ day of _____May_____, 2010, at New Orleans, Louisiana.

_____
KURT D. ENGELHARDT

Noiman_850502_1 (2).Docx