UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ACY J. COOPER, JR. AND RONNIE LOUIS ANDERSON, Individually and on behalf of themselves and all others similarly situated | * | CIVIL ACTION |
| | * | NO. CV-10-01229 |
| | * | SECTION "N" |
| versus | * | DIVISION "1" |
| BP, plc, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION | * | JUDGE KURT D. ENGELHARDT |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Ex Parte Motion for Extension of Time in Which to File Responsive Pleadings, filed by BP Products North America Inc. and BP America Inc.,

**IT IS ORDERED** that the Motion is GRANTED. Defendants, BP Products North America Inc. and BP America Inc., are granted an additional twenty (20) days, through and including June 16, 2010, in which to file pleadings in response to the plaintiffs' Complaint.

-2-

New Orleans, Louisiana, this __13th__ day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE