UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GENERAL ORDER**

**IT IS ORDERED** that multidistrict litigation action 10-md-2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* and all consolidated actions currently assigned to retired U.S. Magistrate Judge Sally Shushan, Magistrate Judge Division "1", are hereby reassigned to Chief U.S. Magistrate Judge Joseph C. Wilkinson, Jr., Magistrate Judge Division "2".

**IT IS FURTHER ORDERED** that, with the exception of 10-md-2179, all other civil, criminal, and miscellaneous cases currently assigned to retired U.S. Magistrate Judge Sally Shushan, Magistrate Judge Division "1" are hereby reassigned to U.S. Magistrate Judge Janis van Meerveld, Magistrate Judge Division "1".

The District Judge assignments are unchanged.

**IT IS FURTHER ORDERED** that commencing on August 1, 2016, all civil, criminal, and miscellaneous cases be assigned to Magistrate Judge Division "1" in the same proportion of the total case assignment as are assigned to the remaining active Magistrate Judge Divisions of this Court.

New Orleans, Louisiana, this 28th day of July, 2016.

_____
**KURT D. ENGELHARDT**
Chief United States District Judge